**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Donald Burgo
Louisiana State Penit. DOC No. 197078
C-Bear #3
Angola LA 70712

**REHEARING ACTION: February 13, 2013**

**Docket Number: 12   00332-CA**

**DONALD BURGO**
**VERSUS**
**WARDEN ROBERT HENDERSON, ET AL.**

**Appealed from Beauregard Parish Case No. C-2011-0444 Div. A**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. Jimmie C. Peters**
    **Hon. Marc T. Amy**
    **Hon. Shannon J. Gremillion**
    **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Donald Burgo** has this day been

    **DENIED.**

cc: Michael Wayne Landry, Counsel for the Appellee